IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01446-WYD-BNB

SHONTAE D. COLLIER,

Plaintiff,

v.

ARTISTIC ENTERPRISES, INC., d/b/a ARTISTIC BEAUTY COLLEGE,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Extend Rule 26(f) Deadlines and to Reschedule Scheduling/Planning Conference** [docket no. 5, filed September 7, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 28, 2006, is **vacated and reset to October 27, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **October 20, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: September 8, 2006