IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01446-MEH-BNB

SHONTAE D. COLLIER,

Plaintiff,

v.

ARTISTIC ENTERPRISES, INC.;
d/b/a Artistic Beauty College;

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2006**

For good cause shown, the Unopposed Motion for Protective Order [Filed November 29, 2006; Docket #24] is **granted.** The Protective Order shall enter separately.