IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01446-MEH-BNB

SHONTAE D. COLLIER,

    Plaintiffs,

v.

ARTISTIC ENTERPRISES, INC.;
d/b/a Artistic Beauty College;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2006.**

    For good cause shown, and in the interest of justice, Plaintiff's Unopposed Motion for Leave to File Amended Complaint to Add Additional Party Defendant [Filed December 14, 2006; Docket #27] is **granted**.

    On or before December 20, 2006, the Plaintiff shall file her "Verified Ammended (sic) Complaint and Demand for Jury Trial" with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures.  Plaintiff's amended pleading shall be in the same format and substance of that which was tendered with Plaintiff's Unopposed Motion for Leave to File Amended Complaint to Add Additional Party Defendant on December 14, 2006.  However, the Plaintiff shall correct the typographical error contained in the title of the document so that it reads "VERIFIED AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL."