IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-01446-MEH-BNB

SHONTAE D. COLLIER,

Plaintiff,

v.

ARTISTIC ENTERPRISES, INC., d/b/a Artistic Beauty College,

Defendant.

_____

**ORDER**
_____

This matter arises in connection with the settlement conference scheduled to occur on January 30, 2007.  I have reviewed the confidential settlement letters submitted by the parties and determined that a settlement conference at this time is not appropriate.  Accordingly,

IT IS ORDERED that the settlement conference set for January 30, 2007, at 10:30 a.m., is VACATED and RESET to **March 13, 2007, at 3:30 p.m.**  Attorneys and client representatives with full authority to settle the case must be present at the conference in person.

IT IS FURTHER ORDERED that the parties shall submit updated confidential settlement letters on or before **March 6, 2007**, discussing the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated January 25, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge